IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF VIRGINIA

UNITED STATES OF AMERICA

v.        Criminal No. 3:12CR0062-HEH-02

DUANE BROOKS JEFFERSON.

## DEFENDANT'S POSITION ON SENTENCING

The defendant, through his attorney, hereby submits his position with regard to sentencing factors.

The defendant has no objection to the presentence report.

### 1. SERIOUSNESS OF THE OFFENSE

The defendant does not deny the seriousness of the offense, but does not agree that the maximum guideline sentence in necessary to address that issue.

### 2. NEED TO DEFER FUTURE CRIMINAL CONDUCT

This defendant is facing a sentence of 24 years, even if he is sentenced at the bottom of the advisory guideline range. He is now thirty nine years old. With 24 years to serve, he will be approaching sixty at his time of release. The deterrent factor will have been met!

### 3. NEED TO PROTECT THE PUBLIC

The Unites States Attorney is correct, a significant sentence is appropriate. Certainly a 24 year sentence is a significant sentence. Every aspect of this factor can be met by a sentence at the low end of the guidelines.

### 4. NEED TO PROVIDE TREATMENT

There is no need to belabor this, 24 years is clearly enough to accomplish this.

CONCLUSION

Anything in excess of the low end of the guidelines is more than that needed to accomplish the goals of Section 3553. A sentence at the bottom end would clearly be sufficient, and is, by any standard, a significant sentence.

                                      Respectfully submitted,
                                      Duane Brooks Jefferson

                                      By/s/Christopher J. Collins
                                      Counsel for Defendant

Christopher J. Collins
Counsel for Defendant
Virginia Bar No.16732
304 East Main Street
Richmond, Virginia 23219-3820
804-648-4755 (phone)
804-648-6936 (facsimile)
cjcollinslaw@aol.com

**CERTIFICATE**

I hereby certify that on the 2nd day of November, 2012, will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Olivia Norman
Assistant United States Attorney
Office of the Attorney General of Virginia
900 East Main Street
Richmond, Virginia 23219
Olivia.L.Norman@usdoj.gov

        /s/Christopher J. Collins
        _____
        Christopher J. Collins
        Counsel for Defendant
        Virginia Bar No.16732
        304 East Main Street
        Richmond, Virginia 23219-3820
        804-648-4755 (phone)
        804-648-6936 (facsimile)
        cjcollinslaw@aol.com