IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:12-cr-62-2-HEH |
| | ) |
| DUANE BROOKS JEFFERSON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**
**(Denying Motion for Early Termination of Supervised Release)**

THIS MATTER is before the Court on *pro se* Defendant's Motion for Early Termination of Supervised Release pursuant to 18 U.S.C. § 3583(e). (ECF No. 178.) On July 9, 2012, Defendant pled guilty to conspiracy to distribute and possess with the intent to distribute 5 kilograms of cocaine hydrochloride, in violation of 28 U.S.C. §§ 841(a)(1), 846 (Count One) and possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1) (Count Two). (ECF No. 57.) On November 6, 2012, this Court sentenced Defendant to 210 months of imprisonment with a term of supervised release of 5 years on Count One and a concurrent term of 120 months with a term of supervised release of 3 years on Count Two. (ECF No. 111.) On July 19, 2019, Defendant was released from custody and commenced his term of supervised release. (Gov't's Resp. at 2, ECF No. 181.) Defendant is scheduled to complete his term of supervision on July 20, 2024. (*Id.*) He now asks the Court to terminate the remainder of his term. For the following reasons, Defendant's motion will be denied.

Pursuant to 18 U.S.C. § 3583(e)(1), Congress has authorized the Court to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." To date, Defendant has served

approximately 2 years of his 5 year term of supervised release, but his early discharge is not warranted on several grounds. Specifically, the seriousness of Defendant's crime and his history of drug trafficking, Defendant's previous disregard for the law and prior violations of supervised release, the brief period of supervision Defendant has served to date, and the need to protect the public heavily weigh against the termination of his supervised release at this time. Therefore, upon due consideration, the Motion is hereby DENIED.

Should Defendant wish to appeal this Order, written notice of appeal must be filed with the Clerk of Court within fourteen (14) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record and *pro se* Defendant.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Oct. 18, 2021
Richmond, VA